IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDY V. JOSEPH,

    Petitioner,

v.                                                      CASE NO. 4:12cv119-SPM/CAS

KENNETH S. TUCKER, Secretary
of Florida Department of Corrections,

    Respondent.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc.13) dated October 4, 2012. Petitioner has filed an objection (doc 14) pursuant to Title 28, United States Code, Section 636(b)(1). Upon review, I have determined that the report and recommendation should be adopted.

There is no exception to the § 2254 time limitation for claims raising challenges to the state court's subject matter jurisdiction. <u>Griffin v. Padula</u>, 518 F.Supp.2d 671, 676-77 (D.S.C. 2007). Accordingly, it is hereby ORDERED as follows:

    1.      The magistrate judge's report and recommendation (doc. 13) is

ADOPTED and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 11) is granted.

    3.    The amended § 2254 petition for writ of habeas corpus (doc. 8) is summarily dismissed as untimely.

    4.    A certificate of appealability and leave to appeal in forma pauperis are denied.

DONE AND ORDERED this 1st day of November, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge